```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF ALABAMA
                   NORTHERN DIVISION
```

BOBBY JOE COMPTON,                  :
                                    :
    Plaintiff,                     :
                                    :
v.                                  :   CIVIL ACTION 08-0624-M
                                    :
MICHAEL J. ASTRUE,                  :
Commissioner of                     :
Social Security,                    :
                                    :
    Defendant.                     :

### JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Defendant Michael J. Astrue and against Plaintiff Bobby Joe Compton.

DONE this 3rd day of June, 2009.

                                        s/BERT W. MILLING, JR.
                                      UNITED STATES MAGISTRATE JUDGE